# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ANTHONY ROMES,

    Petitioner,

-vs-                              Case No. 8:09-CV-29-T-30EAJ

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

    Respondents.
_____/

## **O R D E R**

Before the Court is Petitioner's Application for Certificate of Appealability (Dkt. 39). "A certificate of appealability may issue...only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make such a showing, Petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Tennard v. Dretke*, 542 U.S. 274, 282 (2004) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)), or that "the issues presented were 'adequate to deserve encouragement to proceed further.'" *Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n. 4 (1983)).

When the Court denied Petitioner's 28 U.S.C. § 2254 petition, it also determined that Petitioner was not entitled to a certificate of appealability (see Dkt. 30 at pg. 2).[1] Nothing in Petitioner's Application for Certificate of Appealability convinces the Court that Petitioner has made a substantial showing of the denial of a constitutional right.

Accordingly, the Court **ORDERS** that Petitioner's Application for Certificate of Appealability (Dkt. 39) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on March 26, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Counsel of Record

---

[1] See Rule 11(a), Rules Governing Habeas Corpus Cases under Section 2254 (2009) ("The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant.").